JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          INDICTMENT

       - v. -          :          07 Cr. _____

AUBREY POWELL,          :

       Defendant.

**07 CRIM 1050**

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From on or about September 2007, up to and including on or about November 5, 2007, in the Southern District of New York and elsewhere, AUBREY POWELL, the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 23, 1995, in the United States District Court for the Southern District of New York for being an illegal alien in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(5), and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

for admission.

  (Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AUBREY POWELL

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

_____
MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

November 16, 2007 CB
Indictment filed
Case assigned to Judge Cote.
Freeman, USMJ