UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ECF CASE** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| v. ) | **REQUEST FOR ELECTRONIC** |
| ) | **NOTIFICATION** |
| AUBREY POWELL, ) | |
| ) | **07 Cr. 1050 (DLC)** |
| Defendant. ) | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        January 19, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York


                          By:   s/David Leibowitz
                                Assistant United States Attorney
                                Tel:  (212) 637-1947
                                Fax:  (212) 637-0218
                                david.leibowitz@usdoj.gov

TO:   Defense Counsel

CERTIFICATE OF SERVICE

David S. Leibowitz deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on January 19, 2008, he caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to the following Counsel of Record:

Mark Gombiner, Esq.
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10016

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

By:   s/David Leibowitz

David S. Leibowitz
Assistant United States Attorney

Executed on:   January 19, 2008
              New York, New York