```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA          :
                                            ORDER
            -v-                   :
                                      07 Cr. 1050 (DLC)
        Aubrey Powell,            :
                                  :
            Defendant.            :
--------------------------------X
```

**ORDER**

07 Cr. 1050 (DLC)

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 1-18-08 |

Upon the request of the defendant, Aubrey Powell, by his counsel, Mark B. Gombiner, Esq., Federal Defenders of New York, and with good cause it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service accept the following clothing for Mr. Aubrey Powell, Register Number 36286-054, to wear for appearances at his trial commencing on Tuesday, January 22, 2008 and continuing thereafter:

1. one pair of pants;
2. two button-down shirts;
3. two ties;
4. two sweaters;
5. two pairs of socks;
6. two undershirts;
7. one belt;
8. one pair of shoes;

Dated: New York, New York
     January 18, 2008

**SO ORDERED:**

**HONORABLE DENISE L. COTE**
UNITED STATES DISTRICT JUDGE