UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES

                         IND. NOS.   07 CR. 1050

-against-                                       05 CR. 690


AUBREY POWELL
----------------------------------------------------------X

PLEASE TAKE NOTICE that the below attorney appears as counsel for the above

defendant for all purposes.


Dated:     New York, New York
             March 18, 2008


                                                    _____[signed]_____
                                                    LABE M. RICHMAN
                                                    Attorney for Petitioner
                                                    305 Broadway, Suite 100
                                                    New York, NY 100007
                                                    (212) 227-1914
                                                    Fax 267-2129
                                                    Labe@Labe Richman.com



To:    Hon. Shira A. Scheindlin, USDJ

       Clerk, USDC, SDNY

       U.S. Attorney's Office, SDNY