

LAW OFFICE
**LABE M. RICHMAN**
ATTORNEY AT LAW
305 BROADWAY, SUITE 100
NEW YORK, NY 10007
TEL (212) 227-1914
FAX (212) 267-2129 OR
(866) 621-0914
E-MAIL: Labe@LabeRichman.com
WEB SITE: HTTP://WWW.LabeRichman.com

BY FAX (212) 805-7920

Honorable Shira A. Scheindlin:
U.S. District Court
500 Pearl Street
New York, NY 10007

      Re:  United States v. Aubrey Powell, Ind. Nos. 07 Cr. 1050 (SAS); 05 Cr. 690 (SAS); Defense Request for Adjournment of Sentencing on Consent of Government.

Dear Judge Scheindlin:

    I am the attorney for defendant and I am writing to the Court to respectfully request at least a 30 day adjournment of the sentencing, now scheduled for May 9, 2008.

    I am requesting this adjournment because I was recently retained on this case after the guilty plea and probation department interview. Although I understand that the Court received the PSR, I did not. I have also requested certain documents from the government to aid me in my analysis of this case which the government has agreed to secure. I should be receiving those in the near future. Therefore, to allow me to obtain this information and prepare for the sentencing, I respectfully request a 30 day adjournment.

    I have spoken to AUSA Jeff Alberts about this application and he has informed me

*[Handwritten note: Request granted. Sentence adjourned to June 17 at 4:30 p.m. So Ordered. [signature] USDJ 5/1/08]*

that the government does not object to the Court's granting of the adjournment.

In regards to the scheduling of a new sentencing date, I also respectfully request that the date not be on a Monday or Tuesday, and that it not be during the week of June 23, 2008, when I will be at a conference outside of the United States.

                Respectfully submitted,

                [signed]

                Labe M. Richman

cc: AUSA Alberts